JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602

Invoice submitted to:
In re Ray Wu
Case No. 05 B 52027

July 2, 2008

For Professional Services Rendered:

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **ADVERSARY COMPL** | | |
| 7/13/06 | LMK | Review of file documents and discussion with Trustee to determine whether addresses for potential defendants were provided. | 0.35 290.00/hr | 101.50 |
| 7/14/06 | LMK | Corresp. to Debtor's atty. reg. addresses never received. | 0.20 290.00/hr | 58.00 |
| 3/23/07 | LMK | Corresp. to P. Olsen reg. requested info from Debtor. | 0.30 300.00/hr | 90.00 |
| 3/29/07 | LMK | Telephone call from Phillip Olsen reg. information requested by Trustee. | 0.20 300.00/hr | 60.00 |
| 5/17/07 | LMK | Drafting Shin Wu complaint. | 0.60 300.00/hr | 180.00 |
| 5/18/07 | LMK | Drafted three adversary complaints. | 1.60 300.00/hr | 480.00 |
| 5/21/07 | LMK | Discussions with Trustee reg. adversary complaints. | 0.30 300.00/hr | 90.00 |
| 5/22/07 | LMK | Scan exhibits [.2]; file complaints [1]; prepare SSE's [.4]; and filing fee deferrals [.3] | 2.00 300.00/hr | 600.00 |
| 6/11/07 | LMK | Discussion with Trustee reg. Debtor's desire to settle all pending adversaries by installment payments. | 0.35 300.00/hr | 105.00 |
| 6/12/07 | LMK | Telephone call from Ray Wu's cousin reg. settling all adversary complaints and terms thereof [.2]; review written offer [.1] and discussion with Trustee reg. same [.1]; response to Atty. Vierling accepting offer to settle all four adversaries [.1] | 0.50 300.00/hr | 150.00 |

In re Ray Wu                                                                                         Page    2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/14/07 | LMK | Drafting settlement motions for settlement of all four adversaries. | | 0.90<br>300.00/hr | 270.00 |
| 6/15/07 | LMK | Filing of four motions to settle. | | 0.65<br>300.00/hr | 195.00 |
| 6/27/07 | LMK | Exchange of emails with J. Vierling reg. settlement payments and settlement agreement. | | 0.10<br>300.00/hr | 30.00 |
| 7/6/07 | GBK | Court appearance in Wheaton for status of four adversary proceedings. Initial return date on summons. Advise Court that matters have been settled | | 0.90<br>375.00/hr | 337.50 |
| 7/11/07 | LMK | Exchange of emails with J. Vierling and trustee reg. settlement payments and orders entered. | | 0.10<br>300.00/hr | 30.00 |
| 7/13/07 | GBK | Court appearance in Wheaton for Trustee's Motion to Compromise Controversies on all four adversaries | | 1.00<br>375.00/hr | 375.00 |
| 7/20/07 | LMK | Email to J. Vierling, per her request, enclosing orders entered on adversary cases. | | 0.20<br>300.00/hr | 60.00 |
| | | SUBTOTAL: | | [   10.25 | 3,212.00] |

PROF EMPLOYMENT

| | | | | | |
|---|---|---|---|---|---|
| 2/7/06 | GBK | Draft Trustee's Motion to Employ Cohen & Krol to pursue preference adversaries. Draft affidavits. Draft proposed order. Efile motion with exhibits and order. | | 0.80<br>350.00/hr | 280.00 |
| 2/10/06 | GBK | Court appearance for hearing on Trustee's Motion to Employ Cohen & Krol to pursue preference adversaries. | | 0.85<br>350.00/hr | 297.50 |
| | | SUBTOTAL: | | [    1.65 | 577.50] |
| | | For professional services rendered | | 11.90 | $3,789.50 |

Additional charges:

PHOTOCOPIES

In re Ray Wu                                                                                              Page    3

|  |  | Amount |
|---|---|---:|
| 7/14/06 | Copies. | 0.20 |
| 3/23/07 | Corresp. to P. Olsen. | 0.20 |
| 5/22/07 | Service of complaints | 5.60 |
| 6/15/07 | Copies of motions. | 12.80 |
|  | SUBTOTAL: | [    18.80] |

**POSTAGE**

| 7/14/06 | Corresp. to Debtor's counsel. | 0.39 |
|---|---|---:|
| 3/23/07 | Corresp. to P. Olsen. | 0.39 |
| 5/22/07 | Service of complaints | 4.56 |
| 6/15/07 | Service of motions for settlement. | 4.95 |
|  | Service of motions for settlement. | 2.32 |
|  | SUBTOTAL: | [    12.61] |
|  | Total costs | $31.41 |
|  | Total amount of this bill | $3,820.91 |
|  | Balance due | $3,820.91 |