UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WU, RAY | ) | Case No. 05-52027-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On: **September 26, 2008**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $39,323.16 |
    | Disbursements | $36.95 |
    | Net Cash Available for Distribution | $39,286.21 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $4,682.32 | $0.00 |
| CLERK OF US BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $600.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $3,789.50 | $31.41 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $45,476.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 66.3700% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Marshall Field | $941.04 | $624.57 |
| 000001 | Discover Bank/Discover Financial Se | $11,413.22 | $7,574.99 |
| 000002 | B-Line, Llc/Chase Bank Usa, N.A. | $10,102.88 | $6,705.32 |
| 000003 | Ecast Settlement Corporation Assign | $11,455.94 | $7,603.35 |
| 000004 | Ecast Settlement Corporation Assign | $11,563.52 | $7,674.75 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Goods | $300.00 |
| Wearing Apparel | 150.00 |
| Retirement Account | 900.00 |
| 1998 Izusu | 1,200.00 |
| Checking Account | 750.00 |

Dated: **August 22, 2008**            For the Court,

By:   **KENNETH S. GARDNER**
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Trustee:    Gina B. Krol
Address:    105 West Madison Street
            Suite 1100
            Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2027   Doc 35   Filed 08/22/08   Entered 08/24/08 23:46:21   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1         Date Rcvd: Aug 22, 2008
Case: 05-52027                Form ID: pdf002            Total Served: 15

The following entities were served by first class mail on Aug 24, 2008.
db         +Ray Wu,    2005 S. Finley,    Unit 1008,    Lombard, IL 60148-7027
aty        +Phillip A Olson,    Charles P. Pavesich & Associates Ltd,    1011 East Roosevelt Road,
             Lombard, IL 60148-4166
tr         +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10170806   +Capital Management,    726 Exchange St., Suite 700,    Buffalo, NY 14210-1494
10170807    Capital One,    PO Box 85015,    Richmond, VA 23285-5015
10170808   +Citibank NA,    29 N. Wacker Dr., 5th Fl,    Chicago, IL 60606-3227
10170810   +FMA Alliance, Ltd.,    11811 N. Freeway, Suite 900,    Houston, TX 77060-3292
12525748    Marshall Field's,    P.O. Box 1581,    Minneapolis, MN 55440-1581
10170811    National Financial System,    600 W. John St.,    PO Box 9046,    Hicksville, NY 11802-9046
10170812    Nationwide Credit Inc,    2015 Vaughn Rd. NW,    Ste 300,    Kennesaw, GA 30144-7802
10170813    Select Financial Services, Inc.,    PO Box 1070,    Jenkintown, PA 19046-7370
10926511    eCAST Settlement Corporation assignee of,    Chase Bank USA N A,    POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission on Aug 23, 2008.
10821894   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Aug 23 2008 05:01:06
             B-Line, LLC/Chase Bank USA, N.A.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
             Seattle, WA 98121-2317
10812490    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2008 05:01:49
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
10170809    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2008 05:01:49    Discover Card,    PO Box 3008,
             New Albany, OH 43054-3008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 24, 2008**                    **Signature:** _Joseph Speetjens_